UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 13-3681
_____

FREE SPEECH COALITION, INC.; AMERICAN SOCIETY OF MEDIA
PHOTOGRAPHERS, INC.; THOMAS HYMES;
TOWNSEND ENTERPRISES, INC., d/b/a SINCLAIR INSTITUTE;
BARBARA ALPER; CAROL QUEEN; BARBARA NITKE; DAVID STEINBERG;
MARIE L.  LEVINE, a/k/a NINA HARTLEY;
DAVE LEVINGSTON; BETTY DODSON; CARLIN ROSS,
                                               Appellants

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

_____

SUR PETITION FOR PANEL REHEARING
_____

Present:  SMITH, SCIRICA, and RENDELL, Circuit Judges

The petition for panel rehearing filed by appellant in the above-entitled case

having been submitted to the judges who participated in the decision of this Court, it is

hereby

O R D E R E D that the petition for rehearing by the panel is GRANTED.

BY THE COURT,


s/ D. Brooks Smith
Circuit Judge


Dated: September 1, 2015
tmm/cc: Lorraine R. Baumgardner, Esq.
J. Michael Murray, Esq.
Scott R. McIntosh, Esq.
Anne Murphy, Esq.
Andrew G. Rocker, Esq.
Fred T. Magaziner, Esq.